**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of **Delaware**
(State)

Case number *(If known)*: _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | VWS Holdco, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 2 6 - 2 7 3 5 4 1 2 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 11520 Iron Bridge Road | P.O. 2770 |
| Number   Street | Number   Street |
| | P.O. Box |
| Chester     VA     23831 | Chesterfield     VA     23832 |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Chesterfield County | |
| County | Number   Street |
| | |
| | City     State     ZIP Code |

5. **Debtor's website** (URL)   www.shoosmithlandfill.com

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **1**

Debtor __VWS Holdco, Inc._____     Case number *(if known)* _____
      Name

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   _5_ _6_ _2_ _2_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ☒ No
   - ☐ Yes. District _____ When _____ Case number _____
     MM / DD / YYYY
     District _____ When _____ Case number _____
     MM / DD / YYYY

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page **2**

Debtor  VWS Holdco, Inc.  
_____Name_____

Case number *(if known)* _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No  
☐ Yes. Debtor  See Attachment 1    Relationship _____  
District _____    When _____ MM / DD / YYYY  
Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No  
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☒ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
What is the hazard? Effluent Leachate

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 11520 Iron Bridge Road  
Number    Street

Chester    VA    23831  
City    State    ZIP Code

**Is the property insured?**  
☐ No  
☒ Yes. Insurance agency  Scott Insurance Company  
Contact name  Stacey Hall  
Phone  (804) 545-2216

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:  
☒ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49　　☐ 1,000-5,000　　☐ 25,001-50,000  
☐ 50-99　　☐ 5,001-10,000　　☐ 50,001-100,000  
☐ 100-199　　☐ 10,001-25,000　　☐ More than 100,000  
☐ 200-999

---

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page **3**

| Debtor | VWS Holdco, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**15. Estimated assets**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/30/2025
MM / DD / YYYY

X */s/ Fred Nichols*       Fred Nichols
Signature of authorized representative of debtor       Printed name

Title President

**18. Signature of attorney**

X */s/ John W. Weiss*       Date 05/30/2025
Signature of attorney for debtor       MM / DD / YYYY

John W. Weiss
Printed name

Pashman Stein Walder Hayden, P.C.
Firm name

824 Market Street, Suite 800
Number       Street

Wilmington       DE       19801
City       State       ZIP Code

(302)592-6496       jweiss@pashmanstein.com
Contact phone       Email address

4160       DE
Bar number       State

**Attachment 1**

**Pending or Current Bankruptcy Cases Filed by Affiliates**

      On June 1, 2025, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. A motion will be filed with the Court requesting that the chapter 11 cases of these entities be jointly administered for procedural purposes only.

| Entity Name | Federal Employer Identification Number (EIN) |
|---|---|
| VWS Holdco, Inc. | 26-2735412 |
| Shoosmith Bros., Inc. | 54-6036914 |

# RESOLUTIONS OF THE BOARD OF
# DIRECTORS OF VWS HOLDCO, INC.
### May 30, 2025

The undersigned being the directors (collectively, the "Board") of VWS Holdco, Inc., a Delaware corporation (the "Company"), hereby approve and adopt the following resolutions by unanimous written consent (this "Consent") as of the date first written above:

**WHEREAS**, the Board having reviewed and considered, among other things, the financial condition of the Company;

**WHEREAS**, the Company and Shoosmith Bros., Inc. (the "Companies") have retained Carl Marks Advisory Group LLC ("Carl Marks") pursuant to an engagement letter (the "Engagement Letter") to provide the Companies with Steven Agran, Managing Director, as Chief Restructuring Officer ("CRO") and other personnel to support the CRO;

**WHEREAS**, the Board having received, reviewed, and considered the recommendations of the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy case under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that, with respect to the Company, the Directors have determined that it is desirable and in the best interests of the Company, its stockholders, creditors, and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and it is

**FURTHER RESOLVED**, that the CRO, and any other duly appointed officer of the Company (each, an "Authorized Person"), in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, verify, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, plans, and other documents (collectively, the "Chapter 11 Filings"), with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable (the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and it is

**FURTHER RESOLVED**, that any Authorized Person, in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 case (the "Chapter 11 Case") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and

filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and it is

**FURTHER RESOLVED**, that Steven Agran, Managing Director at Carl Marks Advisory Group is hereby appointed as CRO and shall serve until such time as Mr. Agran's successor shall be duly elected and qualified or until Mr. Agran's earlier death, resignation, or removal as provided for in the Company's By-laws; and it is

**FURTHER RESOLVED**, that, to the extent necessary, any Authorized Person is authorized to execute appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of the CRO and other personnel of Carl Marks to support the CRO; and it is

**FURTHER RESOLVED**, that the duties of CRO are those duties contemplated in the Engagement Letter and such other duties required to comply with the Bankruptcy Code and to advance the Company's rights and obligations in connection with the Chapter 11 Case; and it is

**FURTHER RESOLVED**, that, in connection with the Company's Chapter 11 Case, each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals which such Authorized Person deems necessary, appropriate, or desirable in connection with, or in furtherance of, the Company's Chapter 11 Case, with a view to the successful prosecution of such Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard) and cause to be filed an appropriate application for authority to retain the services of such professionals; and be it

**FURTHER RESOLVED**, that the law firm of Pashman Stein Walder Hayden, P.C. is hereby retained as attorneys for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and it is

**FURTHER RESOLVED**, that the firm of Teneo Securities LLC is hereby retained as investment banker for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and it is

**FURTHER RESOLVED**, that the firm of Teneo Capital, LLC is hereby retained as financial advisor for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and it is

**FURTHER RESOLVED**, that the law firm of Troutman Pepper Locke LLP, is hereby retained as special counsel to the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and it is

**FURTHER RESOLVED**, that all the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects adopted, confirmed, approved, and ratified; and it is

**FURTHER RESOLVED**, that this Consent may be executed in one or more counterparts, such as facsimile copies, PDF signatures, and photocopies (including via DocuSign), all of which together shall have the same effect as original signatures.

*[Signature Page Follows]*

**IN WITNESS WHEREOF,** the undersigned have executed this Consent to be effective as of the date first written above.

_____
Paul L. McGee


_____
Fred Nichols

**Fill in this information to identify the case:**

Debtor name: VWS Holdco, Inc., *et al.*

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Shamrock Environmental<br>6106 Corporate Park Drive<br>Browns Summitt, NC 27214 | (336) 375-1989<br>Email: Receivables@Shamrockenviro.com | Trade | Unliquidated | | | $755,461.20 |
| 2 | Archaea Energy<br>5200 Anthony Road<br>Sandston, VA 23150 | (804) 649-2064<br>Email: cmaida@archaea.energy | Trade | Disputed | | | $506,728.80 |
| 3 | Shoosmith Construction<br>11800 Lewis Road<br>Chester, VA 23831 | (804) 748-5823<br>Email: lstech@shoosmith.com | Trade | Unliquidated | | | $395,565.00 |
| 4 | SCS Engineers<br>1881 Campus Commons Drive<br>Suite 450<br>Reston, VA 20191 | (804) 486-1912<br>Email: schweizerdick@scsengineers.com | Trade | Unliquidated | | | $322,734.61 |
| 5 | Mr. Bults, Inc.<br>2627 East 139th Street<br>Burnham, IL 60633 | (708) 868-0059<br>Email: msandridge@mrbults.com | Trade | Unliquidated | | | $243,087.12 |
| 6 | Troutman Pepper Locke LLP<br>1001 Haxall Point<br>Richmond, VA 23219 | (804) 697-1406<br>Email: Andrea.wortzel@Troutman.com | Legal Services | Unliquidated | | | $184,512.44 |
| 7 | One Environmental Group<br>100 Walton Park Lane<br>Midlothian, VA 23114 | (804) 303-8784<br>Email: kmcavoy@Oneenv.com | Trade | Unliquidated | | | $167,192.82 |
| 8 | Rain for Rent Virginia<br>23025 Airpark Drive<br>Petersburg, VA 23803 | (804) 732-6914<br>Email: Eclary@rainforrent.com | Trade | Unliquidated | | | $73,803.99 |

Debtor  VWS Holdco, Inc., *et al*  
      Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Integrity Environmental 1127 Curtis Street, Suite 100 Monroe, NC 28112 | (704) 283-9765 Email: AR@integrityenvsol.com | Trade | Unliquidated | | | $63,086.07 |
| 10 | Engineering, Design & Devel 6411 Rigsby Road Richmond, VA 23226 | (804) 285-2176 Email: Eddinc@comcast.net | Trade | Unliquidated | | | $59,003.00 |
| 11 | Labella Associates 1604 Ownby Lane Richmond, VA 23220 | (804) 355-4520 Email: billing1@labellapc.com | Trade | Unliquidated | | | $45,964.74 |
| 12 | Bowman P.O. Box 748548 Atlanta, GA 30374 | (757) 383-8137 Email: mmassey@bowman.com | Trade | Unliquidated | | | $39,918.43 |
| 13 | James River Equipment 11047 Leadbetter Road Ashland, VA 23005 | (804) 798-6601 Email: areceivable@jamesriverequipment.com | Trade | Unliquidated | | | $23,491.40 |
| 14 | Chesterfield, VA Rebecca Longnaker, Treasurer P.O. Box 70 Chesterfield, VA 23832 | (804) 748-1201 Email: Treasurer@chesterfield.gov | Government | Unliquidated | | | $21,125.42 |
| 15 | TRC Companies, Inc. TRC Lockbox 249 Western Avenue Augusta, ME 04330 | (207) 620-3747 Email: klemelin@trccompanies.com | Trade | Unliquidated | | | $12,791.00 |
| 16 | Ace Hydroseeding, Inc. 5639 S. Laburnum Avenue Henrico, VA 23231 | (804) 716-2785 Email: acehydroseeding@comcast.net | Trade | Unliquidated | | | $12,500.00 |
| 17 | Dominion Energy Virginia P.O. Box 26543 Richmond, VA 23290 | (866) 366-4357 | Trade | Unliquidated | | | $11,804.51 |
| 18 | Vamac, Inc. 3411 Speeks Drive Midlothian, VA 23112 | (804) 745-0081 Email: jlambert@vamac.com | Trade | Unliquidated | | | $7,375.88 |
| 19 | Keiter 4401 Dominion Boulevard Glen Allen, VA 23060 | (804) 747-0000 Email: oragland@keitercpa.com | Trade | Unliquidated | | | $6,215.00 |
| 20 | Colony Tire Corporation 2900 Deepwater Terminal Richmond, VA 23234 | (804) 433-4525 Email: msteinburg@colonytire.com | Trade | Unliquidated | | | $3,921.44 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>VWS Holdco, Inc.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 25-　　　　( ) |

**CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY HOLDERS**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are equity holders, other than governmental units, that directly or indirectly own 10% of more of any class of the Debtor's equity interests:

| Name and last known address or place of business of holder | Percentage of Ownership |
|---|---|
| VWS Acquisitions, LLC<br>4300 Ridgehaven Rd.<br>Fort Worth, Texas 76116 | 100% ownership of VWS Holdco, Inc. |
| Environmental Services Management of Virginia LLC<br>4300 Ridgehaven Rd.<br>Fort Worth, Texas 76116 | 71.81 Voting Stock/58.64% Common Stock ownership of VWS Acquisitions, LLC |
| Volunteer Enterprises, LLC<br>4300 Ridgehaven Rd.<br>Fort Worth, Texas 76116 | 28.19 Voting Stock/41.36% Common Stock ownership of VWS Acquisitions, LLC |
| ESM Management Group, LLC<br>4300 Ridgehaven Rd.<br>Fort Worth, Texas 76116 | 100% ownership of Environmental Services Management of Virginia LLC |

**Fill in this information to identify the case and this filing:**

Debtor Name __VWS Holdco, Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number *(If known):* _____

---

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration    __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/30/2025__          ✗ */s/ Fred Nichols*
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                      __Fred Nichols__
                                      Printed name

                                      __President__
                                      Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**